No. 776. INGRAM, ADMINISTRATIVE OFFICER AND COUNTY JUDGE OF CRITTENDEN COUNTY, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joe C. Barrett* for petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Williams* and *Roger P. Marquis* for the United States.

No. 780. SCHALLERER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Isaac I. Bender* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 781. PAINTERS DISTRICT COUNCIL No. 6, BROTHERHOOD OF PAINTERS, DECORATORS, AND PAPERHANGERS OF AMERICA, AFL, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Mortimer Riemer* and *Samuel H. Jaffee* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Owsley Vose* for respondent.

No. 783. RATETT *v.* KAPLAN, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Archibald Palmer* for petitioner. *Benjamin Weintraub* and *Harris Levin* for respondent.

No. 786. JACK SMITH BEVERAGES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *J. Adrian Rosenburg* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.